**CARGILL, INCORPORATED,**
**Plaintiff–Appellant,**

v.

**SEARS PETROLEUM & TRANSPORT, CORP. and Sears Ecological Applications Co., LLC, Defendants–Appellees.**

**No. 05–1613.**

United States Court of Appeals, Federal Circuit.

Jan. 17, 2006.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).